UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BOARD OF EDUCATION OF
HARMONY SCHOOL DISTRICT NO. 175,

Plaintiff,

v.

COUNTY OF ST. CLAIR, ILLINOIS,
et. al.,

Defendants.                                      No. 12-cv-313-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendants' Motion to Dismiss this cause of action.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 25, 2012, this case is **DISMISSED** with prejudice.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT


                                BY:    /s/*Sara Jennings*
                                         **Deputy Clerk**

Dated: October 25, 2012

                    Digitally signed by
                    David R. Herndon
                    Date: 2012.10.25
                    13:48:23 -05'00'
APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT